IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKENSHAI TOWNS,<br><br>   Plaintiff,<br><br> v.<br><br>WARDEN PHILA DETENTION CENTER, PHILA PRISON CORRECTIONS OFFICER WILSON, PHILA PRISON CORRECTIONS OFFICER JACOBSON and COMMISSIONER MICHAEL R. RESNICK, et al,<br><br>   Defendants. | CIVIL ACTION<br>NO. 16-3584 |

## ORDER

**AND NOW**, this 10th day of January, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, and Plaintiff's failure to respond thereto, it is hereby **ORDERED** as follows:

 1. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 23) is **GRANTED**;

 2. Plaintiff's Second Amended Complaint is **DISMISSED** without prejudice; and

 3. Plaintiff may file an Amended Complaint within thirty (30) days only if he can do so in compliance with the Federal Rules of Civil Procedure.

            **BY THE COURT:**


            **/s/ Jeffrey L. Schmehl**
            Jeffrey L. Schmehl, J.