IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AKENSHAI TOWNS,

    Plaintiff,

v.

WARDEN PHILA DETENTION CENTER, PHILA PRISON CORRECTIONS OFFICER WILSON, PHILA PRISON CORRECTIONS OFFICER JACOBSON and COMMISSIONER MICHAEL R. RESNICK, et al,

    Defendants.

CIVIL ACTION
NO. 16-3584

## **ORDER**

**AND NOW**, this 27th day of August, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, and Plaintiff's response thereto, it is hereby **ORDERED** as follows:

    1. Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (Docket No. 33) is **GRANTED**;

    2. Plaintiff's Second Amended Complaint is **DISMISSED** with prejudice; and

    3. The Clerk shall close this matter.

                                **BY THE COURT:**

                                **/s/ Jeffrey L. Schmehl**
                                Jeffrey L. Schmehl, J.